

# Fourth Court of Appeals
## San Antonio, Texas

September 23, 2015

No. 04-15-00120-CV

**UNIVERSITY OF INCARNATE WORD** and Christopher Carter,
Appellants

v.

Valerie **REDUS**, Individually, and Robert M. Redus, Individually and as Administrator of the
Estate of Robert Cameron Redus,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-07249
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Sitting:      Karen Angelini, Justice
           Patricia O. Alvarez, Justice, dissenting
           Jason Pulliam, Justice

Before the Court is Appellees' Opposed Motion to Issue Mandate. The Motion is
DENIED.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said
court on this 23rd day of September, 2015.

_____
Keith E. Hottle
Clerk of Court